UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JONI CLAVILLE | CIVIL ACTION NO. 24-cv-1201 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WILLIS-KNIGHTON MEDICAL CENTER ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 21), and having thoroughly reviewed the record, including the written objections filed (R. Doc. 22), and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss (R. Doc. 15) is GRANTED and that all claims against the Willis-Knighton Medical Center and the Willis-Knighton Medical Staff are DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted. It is further ordered that all claims asserted against the remaining defendants under the Health Care Quality Improvement Act ("HCQIA") or the Louisiana Unfair Trade Practices Act ("LUTPA") are DISMISSED based on Plaintiff's voluntary dismissal of those counts.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 10th day of March, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE