# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JONI CLAVILLE** | **CIVIL ACTION NO. 24-cv-1201** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIS-KNIGHTON MEDICAL CENTER ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 35], having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

MONROE, LOUISIANA, this 5th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE